PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DAVID BRACE,<br><br>Defendant. | CASE NO. 1:21-CR-00055-JLT-SKO<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the guilty pleas entered by defendant Michael David Brace, the admission of the forfeiture allegation, and the plea agreement entered into between the United States of America and defendant Michael David Brace, it is hereby ORDERED as follows:

1. Under 18 U.S.C. § 2253(a), defendant Michael David Brace's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

 a. One red Apple iPhone 8 Plus, IMEI: 354832093744355, and

 b. One black Apple iPhone 8 Plus, IMEI: 358629093949653.

2. The above-listed property contains visual depictions produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252(a)(2).  It is also property that was used or intended to be used to commit and to promote the commission of the admitted criminal violations.

3. Under Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the

1                                                                                                              Preliminary Order of Forfeiture

above-listed property.  The property shall be seized and held by Homeland Security Investigations, in its secure custody and control.

    4.    a.    Under 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.    If a petition is timely filed, upon adjudication of any third-party interests, this Court will enter a Final Order of Forfeiture under 18 U.S.C. § 2253(a) in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **October 3, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE