DANIEL L. HARRALSON, SBN #109322
Law Office Of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone (559) 486-4560
harralsonlaw@sbcglobal.net

Attorney For Defendant: Michael David Brace

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **1:21-CR-00055-JLT-SKO -1** |
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF DANIEL L. HARRALSON AS ATTORNEY OF RECORD AND ORDER** |
| v. |  |
| MICHAEL DAVID BRACE |  |
| Defendant. |  |

On February 24, 2021, Defendant, MICHAEL DAVID BRACE was indicted on Federal charges.  CJA Panel Attorney Daniel L. Harralson, was appointed as trial counsel to represent Mr. Brace on January 18, 2023 in his criminal case.  Mr. Brace was sentenced pursuant to a Plea Agreement on December 18, 2023.  The time for filing a direct Appeal was January 5, 2024, no direct appeal was filed as Mr. Brace waived his appeal rights.  Mr. Brace was in custody at the time of Sentencing and the trial phase of Mr. Brace's criminal case has, therefore, come to an end.

Having completed his representation of Defendant, Michael David Brace, CJA Attorney, Daniel L. Harralson now moves to terminate his appointment under the Criminal Justice Act.

\\\

\\\

1    Should Mr. Brace require further legal assistance he has been advised to contact the Office of the

2    Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno,

3    CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate,

4    will arrange for the re-appointment of counsel to assist him/her.

5

6    Dated: January 12, 2024                    Respectfully submitted,

7                                               /s/ Daniel L. Harralson
                                                **DANIEL L. HARRALSON**, Attorney for
8                                               Defendant **MICHAEL DAVID BRACE**

9                                 **ORDER**

10         Having reviewed the notice and found that attorney Daniel L. Harralson has completed the

11   services for which he was appointed, the Court hereby grants attorney Harralson's request for leave to

12   withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant

13   is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300

14   Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561

15   (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of

16   counsel to assist Defendant.

17         The Clerk of Court is directed to serve a copy of this order on Defendant Michael David Brace at

18   the following address and to update the docket to reflect Defendant's pro se status and contact

19   information.

20   Michael David Brace
     #7104648
21   Fresno County Jail
     Post Office Box 872
22   Fresno, California 93712

23   IT IS SO ORDERED.

24   Dated:   **July 3, 2024**

25                                              UNITED STATES DISTRICT JUDGE

26

27

28